IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| JOEL AND KRISTEN FARRIS, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | NO. 3:05-0566 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| THE STANDARD FIRE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Based upon Plaintiffs' notice of satisfaction of judgment (Docket Entry No. 175) this action is **CLOSED** and the judgment on the record by the Clerk is cancelled.

It is so **ORDERED**.

**ENTERED** this the 6th day of May, 2011.

WILLIAM J. HAYNES, JR.
United States in Judge